IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK19-41937 |
| | ) | CHAPTER 7 |
| BRIAN C PODWINSKI, | ) | |
| | ) | |
| Debtor. | ) | |

### DECLARATION OF BRIAN C PODWINSKI IN SUPPORT OF MOTION TO AVOID LIEN OF PONTE INVESTMENTS, LLC

I, Brian C. Podwinski, in support of my Motion to Avoid Lien of Ponte Investments, LLC, declare as follows:

1. I filed my Chapter 7 proceeding on November 21, 2019.
2. I filed by bankruptcy as a result of the closing of Blue Blood Brewing Co., Inc., which was operating a restaurant and brewery in Lincoln, Nebraska from 2011 until May of 2019.
3. I served as president of Blue Blood Brewing Co., Inc. during its exitence.
4. Blue Blood Brewing Co., Inc. had a decline in profits beginning in 2018, which it was not able to recover from and its doors were shut by its landlord in May, 2019.
5. I held 430 shares of Blue Blood common stock out of 1,025 shares outstanding on the date of my bankruptcy.
6. I was completely emotionally and financially invested in Blue Blood.
7. I did everything I could to attempt to save my business, but ultimately, I could not.
8. I took out loans to meet payroll and other obligations when revenues were down. Much of the loans I took out required personal guarantees.
9. One such loan was from Ponte Investments, LLC, which I personally guaranteed, but and that personal guarantee contains a security pledge in "all instruments, documents, securities, cash, assets, property and the proceeds of any of the foregoing."
10. Ponte Investments, LLC took a security interest in assets of Blue Blood Brewing Co., Inc.

11. I never pledged my residence as collateral with Ponte Investments, LLC.

12. As part of the loan, Ponte Investments, LLC had me sign a confession of judgment in Rhode Island Superior Court.

13. I never consented to a lien on my residence.

14. I was not aware of a lien on my home by Ponte Investments, LLC until I reviewed information from the Lancaster County Register of Deeds in preparation for my bankruptcy filing. See attached record with Lancaster County.

15. To my knowledge, Ponte Investments, LLC does not have a judgment against me in Nebraska and the Rhode Island judgment was never transferred to Nebraska and currently remains in Rhode Island.

14. My residence's value, as stated in my schedules, and as determined by the Lancaster County Assessor is: $638,800.00. See attached.

15. Liens which exist on my residence that I can not and am not seeking avoidance of are as follows:

| | |
|---|---|
| Citizens One Home Loan | $445,234.88 |
| Frontier Bank | $142,022.70 |
| Ironwood Builders | $41,000.00 |
| Copperwood Capital | $30,000.00 |

I declare under penalty of perjury that the foregoing is true and correct. (Declaration per 28 U.S.C. § 1746).

Dated: 4/19/2020  _____

*Brian C. Podwinski* (DocuSigned)
Brian C. Podwinski

Inst # 2019023407  Mon Jul 01 13:02:34 CDT 2019
Filing Fee: $22.00                          cpodal
Lancaster County, NE Assessor/Register of Deeds Office  JUDGME
                                            Pages 3

STATE OF RHODE ISLAND            - SUPERIOR COURT
KENT, SC.

| PONTE INVESTMENTS, LLC, | : |
| --- | --- |
| Plaintiff | : |
| vs. | :    C.A. No.: KC 19-0655 |
| BRIAN C. PODWINSKI, | : |
| Defendant | : |

## JUDGMENT

Judgment shall enter in favor of Plaintiff, Ponte Investments, LLC ("PI"), and against Defendant, Brian C. Podwinski ("Podwinski"), upon Counts I through VI, respectively, of PI's Complaint, and pursuant to PI's motion for entry of final judgment and Podwinski's Affidavit of Confession of Judgment, respectively, in connection with the above-identified action in the principal amount of $331,495.93, together with interest thereon from the date of filing through June 28, 2019, in the total amount of $1,961.64, as well as for attorneys' fees and costs in the total amount of $3,429.42, for a total judgment award in favor of PI, and against Podwinski, in the amount of $336,886.99, exclusive of legal interest accruing subsequent to June 28, 2019.

ENTER: _____        PER ORDER: _____

Dated: June 28, 2019            Dated: June 28, 2019

FILED IN OPEN COURT
KENT SUPERIOR COURT
DATE 6/28/2019
TIME _____
CLERK _____

TRUE COPY ATTEST

NANCY STRIULI, CLERK
[ ] SUPERIOR COURT

Presented By:

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Law Office of Christopher M. Mulhearn, Inc.**
1300 Division Road, Suite 304
West Warwick, RI 02893
Tel.: (401) 533-9330
Fax.: (401) 533-9333
Email: cmulhearn@mulhearnlawri.com

Dated: June 28, 2019


### Certification

I hereby certify that on this 28th day of June, 2019, I served a true and accurate copy of the foregoing upon **Brian C. Podwinski**, 15600 S. 76th Street, Roca, Nebraska, 68430-4376, by first-class, postage prepaid mail <u>and</u> by certified mail, return receipt requested.

/s/ Christopher M. Mulhearn

---

Property Address:
15600 S. 76th Street
Roca, NE 68430

Legal Description:
South Ridge Acres Addition,
Block 3, Lot 4

Property ID:
15-15-403-004-000

SORIAC

Property Address:

15600 S. 76th Street
Roca, NE 68430-4376

Legal Description:

South Ridge Acres Addition, Block 3, Lot 4

Property ID:

15-15-403-004-000

*[handwritten in left margin: SORIAC]*

## LANCASTER COUNTY ASSESSOR / REGISTER OF DEEDS

| QuickRef ID | Owner | Property Address | 2020 Preliminary Value |
|---|---|---|---|
| R407235 | PODWINSKI, BRIAN & AMANDA | 15600 S 76TH ST, ROCA, NE 68430 | $638,800 |

### 2020 GENERAL INFORMATION

| | |
|---|---|
| Property Status | A-Active |
| Property Type | Real Property |
| Property Class | Residential Improved |
| Zoning | AGR - AGR-Agricultural Residential District |
| Legal Description | SOUTH RIDGE ACRES ADDITION, BLOCK 3, Lot 4 |
| Neighborhood | South Ridge Acres |
| Property ID | 15-15-403-004-000 |
| Taxing Unit Group | 0068 |

### 2020 VALUE INFORMATION

| | |
|---|---|
| Total Non-Ag Assessed | $638,800 |
| Total Ag Sp Assessed | $0 |

#### PROPERTY PHOTO



1515403004000  11/30/2018

### 2020 OWNER INFORMATION

| | |
|---|---|
| Owner Name | PODWINSKI, BRIAN & AMANDA |
| Mailing Address | 15600 S 76TH ST ROCA, NE 68430-4376 |
| Exemptions | - |
| Percent Ownership | 100% |

### 2020 RESIDENTIAL IMPROVEMENTS    ⌄ Expand/Collapse All

| Building #1 | Building Type | Improvement Type | Year Built | Total Living Area |
|---|---|---|---|---|
| - | Single-family Residence | 1 Story | 2017 | 2240 |

| ID | SECTION DESCRIPTION | YEAR BUILT | AREA |
|---|---|---|---|
| 1 | Main Floor Living Area | - | 2,240 |

| ID | COMPONENT DESCRIPTION | UNITS | PERCENT |
|---|---|---|---|
| 1 | Frame, Siding | - | 95% |
| 2 | Veneer, Masonry | - | 5% |
| 3 | Composition Shingle | - | 100% |
| 4 | Warmed & Cooled Air | - | 100% |
| 5 | Automatic Floor Cover Allowance | - | - |
| 6 | Plumbing Fixtures (#) | 17 | - |
| 7 | Single 1-Story Fireplace (#) | 1 | - |
| 8 | Total Basement Area (SF) | 2664 | - |
| 9 | Partition Finish Area (SF) | 2450 | - |
| 10 | Attached Garage (SF) | 948 | - |
| 11 | Open Slab Porch (SF) | 342 | - |
| 12 | Slab Porch (SF) with Roof | 342 | - |
| 13 | Slab Porch (SF) with Roof | 112 | - |
| 14 | Lawn Sprinklers (SF) | 5000 | - |

### MARKET LAND SEGMENTS

| LAND TYPE | ZONING | METHOD | ACRES | SQFT | LAND VALUE |
|---|---|---|---|---|---|
| RHSW-Home Site Walkout Lot | - | Site Method of Valuation | - | - | $120,000 |

DocuSign Envelope ID: 05D6DFA2-0810-4BDE-960B-162476CC4C2E

Case 19-41937-TLS    Doc 41    Filed 04/20/20    Entered 04/20/20 08:32:51    Desc Main Document    Page 7 of 7

## ASSESSED VALUE HISTORY

| YEAR | LAND | BUILDING | TOTAL |
| --- | --- | --- | --- |
| 2019 | $120,000 | $518,800 | $638,800 |
| 2018 | $67,500 | $43,300 | $110,800 |

## SALES HISTORY

| SALE DATE | SELLER | BUYER | INSTR # | Sale Price |
| --- | --- | --- | --- | --- |
| 8/31/2017 | BAADE PROPERTY LLC | PODWINSKI, BRIAN & AMANDA | 2017045490 | $122,500 |

## DISCLAIMER

TO ACCESS the ASSESSOR/REGISTER of DEEDS GENERAL INFORMATION PAGE, click on the Lancaster County logo. DISCLAIMER Every effort has been made to offer the most current and correct information possible on these pages. The information included on these pages has been compiled by County staff from a variety of sources, and is subject to change without notice. The County Assessor makes no warranties or representations whatsoever regarding the quality, content, completeness, accuracy or adequacy of such information and data. The County Assessor reserves the right to make changes at any time without notice. By using this application, you assume all risks arising out of or associated with access to these pages, including but not limited to risks of damage to your computer, peripherals, software and data from any virus, software, file or other cause associated with access to this application. The County Assessor shall not be liable for any damages whatsoever arising out of any cause relating to use of this application, including but not limited to mistakes, omissions, deletions, errors, or defects in any information contained in these pages, or any failure to receive or delay in receiving information.