IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 19-41937 |
| | ) | Chapter 7 |
| BRIAN C. PODWINSKI, | ) | |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS

The Application of John D. Stalnaker respectfully represents:

1. Your Applicant heretofore has been appointed Trustee of the Estate of Brian C. Podwinski, the above-named Debtor, and has qualified and is now acting as such Trustee.

2. Applicant wishes to employ the law firm of Stalnaker, Becker & Buresh, P.C., the professional employees of which are Thomas D. Stalnaker, Robert J. Becker, Aimee Karschner Cizek, John D. Stalnaker, Kristine M. Stanley, and Travis Marr, all duly admitted to practice in this Court, to represent him in this case.

3. Your Applicant has selected the law firm of Stalnaker, Becker & Buresh, P.C. for the reason that they have had considerable experience in matters of this character and are well qualified to represent him.

4. The professional services which Stalnaker, Becker & Buresh, P.C. are to render include, but shall not be limited to, giving your applicant legal advice with respect to the sale of assets of the estate, the prosecution of possible objections to claims and such other services as may properly be necessary in order for Applicant to carry out his duties as Trustee herein.

5. To the best of Applicant's knowledge, the said attorneys have no connection with the Debtor, the creditors or any other party-in-interest, or their respective attorneys, except as set forth in the Affidavit filed herein.

6. That said Stalnaker, Becker & Buresh, P.C. do not represent nor hold an interest adverse to the Trustee or the estate in the matters upon which they are to be engaged herein, and their employment would be in the best interests of this estate.

7. Applicant proposes to employ said attorneys at an hourly rate.

WHEREFORE, Applicant prays for an Order authorizing him to employ the law firm of Stalnaker, Becker & Buresh, P.C., at an hourly rate.

Dated: August 13, 2020

/s/ John D. Stalnaker
John D. Stalnaker, #23809
STALNAKER, BECKER & BURESH, P.C.
P.O. Box 24268
Omaha, Nebraska 68124
(402) 393-5421
Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to Jerry L. Jensen.

/s/ John D. Stalnaker
John D. Stalnaker