IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 19-41937 |
| | ) | Chapter 7 |
| BRIAN C. PODWINSKI, | ) | |
| | ) | |
| Debtor. | ) | |

### **AFFIDAVIT OF PROPOSED ATTORNEY**

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF DOUGLAS   )

I, Robert J. Becker, hereby make solemn oath:

1. I am an attorney and counselor at law duly admitted to practice in the State of Nebraska and in this Court.

2. I am a member of the law firm of Stalnaker, Becker & Buresh, P.C. and maintain an office for the practice of law at 1111 North 102nd Court, Suite 330, Omaha, Nebraska 68114.

3. Neither I nor any employee of the said law firm have any connection with John D. Stalnaker, Trustee herein, Brian C. Podwinski, the above-named Debtor, his creditors, or any other party-in-interest herein, or their respective attorneys, except that John D. Stalnaker, Trustee herein, and the undersigned, are officers, directors and shareholders of such firm and are members of the panel of Chapter 7 Trustees for the District of Nebraska appointed by the office of the United States Trustee.

4. The Trustee has informed me that he believes that the estate will have sufficient assets to pay my law firm's fees and expenses in this proceeding. I am aware that the United States Trustee may consider such representation to constitute an agreement with respect to the payment of fees.

5.	Neither I nor any employee of my law firm represents or holds any interest adverse to the Trustee, or the estate in the matters upon which we are to be engaged.

/s/ Robert J. Becker_____
Robert J. Becker

Subscribed and sworn to before me this 13th day of August, 2020.

/s/ Britni L. Harris _____
Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to Jerry L. Jensen.

/s/ John D. Stalnaker_____
John D. Stalnaker