IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 19-41937 |
| | ) | Chapter 7 |
| BRIAN C. PODWINSKI, | ) | |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S NOTICE OF INTENT TO CLAIM ASSETS

COMES NOW John D. Stalnaker, the duly appointed, qualified and acting Trustee herein and hereby gives notice of his intent to claim and administer the following asset herein:

Non-exempt 2019 tax refunds, any potential avoidable transfers, non-exempt interest in Nebraska Malt, LLC, Barrel Aged Labs, LLC, and Blue Blood Brewing Company, Inc.

All other assets shall be deemed abandoned.

/s/John D. Stalnaker
John D. Stalnaker, #23809
STALNAKER, BECKER & BURESH, P.C.
P. O. Box 24268
Omaha, Nebraska 68124
(402) 393-5421
Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: Jerry L. Jensen and John A. Lentz.

/s/John D. Stalnaker
John D. Stalnaker