**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 S. 18th Plaza, Room 1125**
**Omaha, NE 68102**

| | |
|---|---|
| IN RE: ) | CASE NO. BK 19-41937 |
| ) | Chapter 7 |
| BRIAN C. PODWINSKI, ) | |
| ) | |
| Debtor. ) | |

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

NOTICE IS HEREBY GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court at the address above on or before

## NOVEMBER 23, 2020

Creditors who do not file a Proof of Claim on or before this date may not be permitted to share in any distribution from the estate.

A Proof of Claim form (Official Form B 10) can be obtained at the United States Bankruptcy Court-District of Nebraska's website (http://www.neb.uscourts.gov/). It may be filed by regular mail **sent to the above address**. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of the Proof of Claim together with a stamped, self-addressed envelope.

There is no fee for filing the Proof of Claim.

**Any creditor who has filed a Proof of Claim already need not file another Proof of Claim**.

Dated: August 25, 2020              John D. Stalnaker
                                    Chapter 7 Bankruptcy Trustee
                                    P.O. Box 24268
                                    Omaha, NE   68124

Copies mailed by the Trustee to all parties in interest as required by rule or statute

CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic notification herein, and I hereby certify that I have mailed by United States Postal Service the document to all non CM/ECF participants listed on the attached mailing matrix at the addresses set forth therein.

      /s/ John D.Stalnaker
      John D. Stalnaker