```
                                    Frontier Bank                       LincOne Federal Credit Union
                                    8380 Glynoaks Drive                 c/o Joel G. Lonowski
                                    Lincoln, NE 68516-6304              201 North 8th Street
                                                                        Suite 300
                                                                        Lincoln, NE 68508-1360


PRA Receivables Management, LLC     Brian C. Podwinski                  Ponte Investments, LLC
PO Box 41021                        15600 S 76th St                     John C. Ponte-Member/Mgr.
Norfolk, VA 23541-1021              Roca, NE 68430-4376                 1300 Division Rd.
                                                                        Suite 305
                                                                        West Warick, RI 02893-7558


Charles S. Tomek                    Adam Hubert                         Alpha Media
c/o Michael W. Milone               4780 Linden St Ste 1                1211 SW 5th Ave Ste 750
12020 Shamrock Plz #333             Lincoln, NE 68516-1180              Portland, OR 97204-3707
Omaha, NE 68154-3537


Amanda Podwinski                    Briess Industries                   Capital One
15600 S 76th St                     625 S Irish Rd                      PO Box 60599
Roca, NE 68430-4376                 Chilton, WI 53014-1702              City of Industry, CA 91716-0599


Charles S Tomek                     Chesterman Coco Cola                Chex Systems, Inc.
16305 Webster St                    4700 S Lewis Blvd                   7805 Hudson Rd., STE 100
Omaha, NE 68118-2513                Sioux City, IA 51106-9516           Woodbury, MN 55125-1703


Citibank                            Citizens One Home Loans             Copperwood Capital
PO Box 6241                         PO Box 2800                         800 N Shoreline Blvd # 1500
Sioux Falls, SD 57117-6241          Glen Allen, VA 23058-2800           Corpus Christi, TX 78401-3700


Copperwood Capital                  Country Malt Group                  Eakes
800 N Shoreline Blvd #1500          330 W Armory Dr                     617 W 3rd St
Corpus Christi, TX 78401-3700       South Holland, IL 60473-2820        Grand Island, NE 68801-5946


Fifth Third Bank                    First State Bank Nebraska           Frontier Bank
PO Box 997548                       2701 Grainger Pkwy                  1106 Benjamin Ave
Sacramento, CA 95899-7548           Lincoln, NE 68516-7764              Norfolk, NE 68701-2763


FundBox                             GEA North America                   Hop Head Farms
300 Montgomery St                   9165 Rumsey Rd                      4630 W Hickory Rd
San Francisco, CA 94104-1902        Columbia, MD 21045-1929             Hickory Corners, MI 49060-9779


Internal Revenue Service            Ironhide Construction, Inc.         Ironwood Builders
PO Box 7346                         3301 S 7th St Ste C                 1220 Infinity Ct
Centralized Insolvency Operations   Lincoln, NE 68502-4308              Lincoln, NE 68512-9376
Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Kabbage<br>730 Peachtree St NE Ste 1100<br>Atlanta, GA  30308-1263 | Keg Logistics<br>9110 E Nichols Ave Ste 105<br>Centennial, CO 80112-3466 |
| Kinnamin Distributing, Inc.<br>3800 El Paso Dr<br>Lincoln, NE  68516-5804 | Lancaster County Attorney<br>575 S. 10th St.<br>Lincoln, NE 68508-2810 | (p)LANCASTER COUNTY TREASURER'S OFFICE<br>555 SOUTH 10TH ST STE 102<br>LINCOLN NE 68508-2860 |
| LincOne Federal Credit Union<br>4638 W St<br>Lincoln, NE  68503-2833 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |
| Nebraska Textile<br>111 Oakcreek Dr<br>Lincoln, NE  68528-1568 | Pacific Financial Leasing<br>3455 S 344th Way # 344<br>Federal Way, WA 98001-9546 | Paypal Credit SVCS/GECRB<br>PO Box 960080<br>Orlando, FL  32896-0080 |
| Peoples Choice FCU<br>2500 N St<br>Lincoln, NE  68510-1244 | Ponte Investments<br>1300 Division Rd Ste 305<br>West Warwick, RI  02893-7558 | Robbers Cave, LLC<br>3235 S 10th St<br>Lincoln, NE  68502-4402 |
| Robbers Cave, LLC<br>4400 Lucile Dr Ste 201<br>Lincoln, NE  68516-4211 | Saxco International<br>1855 Gateway Blvd Ste 400<br>Concord, CA  94520-3289 | Sears<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 |
| Sysco<br>900 King Bird Rd<br>Lincoln, NE  68521-3009 | Sysco Food Service<br>c/o Wolkin Law Group<br>235 W Giaconda Way, Suite 217<br>Tucson AZ 85704-4343 | Tadd Delozier<br>c/o Brian Kruse<br>3 Landmark Centre 1128 Lincoln Mall Ste<br>Lincoln, NE  68501 |
| The LCF Group<br>411 Hempstead Tpke Fl 1<br>West Hempstead, NY  11552-1350 | Ty Peterantez<br>5320 S 90th St<br>Lincoln, NE  68526-9224 | US Attorneys Office<br>100 Centennial Mall N<br>487 Federal Building<br>Lincoln, NE 68508-3868 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Department Of Education<br>PO Box 5609 Direct Loan Servicing Center<br>Greenville, TX 75403-5609 | United States Attorney General<br>950 Pennsylvania Avenue NW Rm 5137<br>US Department Of Justice<br>Washington, DC  20530-0009 |

JPMorgan Chase Bank NA
383 Madison Ave
New York, NY  10179-0001

Lancaster County Treasurer
Rm. 102 555 S. 10th St.
Lincoln, NE  68508

Navitas Credit Corp
201 Executive Center Dr Ste 100
Columbia, SC  29210-8414

Nebraska Department Of Revenue
PO Box 94818 Attn:  Bankruptcy Unit
Lincoln, NE  68509-4818

US Bank
800 Nicollet Mall
Minneapolis, MN  55402-7000

Lancaster County Attorney
575 S 10th Street
4th Floor
Lincoln, NE 68508


Lancaster County Treasurer
555 S 10th Street
Room 102
Lincoln, NE 68508

U.S. Attorney's Office –Lincoln
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508

Nebraska Dept. of Revenue
Attn: Bankruptcy Unit
Nebraska State Office Building
PO Box 94818
Lincoln, NE 68509-4818