# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 19-41937 |
| | ) | Chapter 7 Proceeding |
| Brian C. Podwinski, | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| Debtor | ) | **REQUEST FOR NOTICE** |
| | ) | |

Trev E. Peterson and the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP and hereby enters their appearance as counsel for Ironwood Builders, LLC, a creditor and party in interest in the above-captioned proceedings.

Ironwood Builders, LLC requests that copies of all pleadings and notices to which it is entitled pursuant to Bankruptcy Rule 2002, be served upon and mailed to its attorney named below:

> Trev E. Peterson
> 3800 VerMaas Place, Suite 200
> Lincoln, Nebraska 68502
> (402) 475-7011
> e-mail: tpeterson@knudsenlaw.com

Dated: September 29, 2020.

> IRONWOOD BUILDERS, LLC,
> Creditor
>
> By:  KNUDSEN, BERKHEIMER,
>   RICHARDSON & ENDACOTT, LLP
>   3800 VerMaas Place, Suite 200
>   Lincoln, Nebraska  68502
>   (402) 475-7011
>
>
> By: /s/   Trev E. Peterson - #16637
>       One of Said Attorneys

## PROOF OF SERVICE

      I certify that on September 29, 2020 I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following: Jerry Jensen, Assistant US Trustee, John A. Lentz, counsel for the Debtor, James A. Overcash, Chapter 7 Trustee and on all others requesting notice of filings through the Court's CM/ECF System.

                                              /s/    Trev E. Peterson - #16637