IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE; | ) | Case No. Bk 19-41937 |
| | ) | Chapter 7 Proceeding |
| Brian C. Podwinski, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**JOINT STIPULATION FOR RELIEF FROM AUTOMATIC STAY
AND PROOF OF SERVICE**

Brian C. Podwinski ("Podwinski"), the Debtor, Ironwood Builders, LLC ("Ironwood"), by and through their respective counsel of record and John Stalnaker, Trustee ("Trustee") agree as follows:

1. Podwinski filed his petition under Chapter 7 of the Bankruptcy Code on or about November 21, 2019; and that the Trustee is the acting trustee in this matter.

2. That the Bankruptcy Court has jurisdiction over this contested matter pursuant to 28 U.S.C. §157, 11 U.S.C. §362, and Bankruptcy Rules 4001 and 9014.

3. Podwinski and his spouse entered into a contract with Ironwood to build a home at 15600 S. 76th Street, Roca, Nebraska. The real property is legally described as:

Lot 4, Block 3, South Ridge Acres Addition, Lancaster County, Nebraska

(the "Real Property"). Ironwood was not paid in full and filed a construction lien in the office of the Register of Deeds of Lancaster County, Nebraska on November 30, 2018 as Instrument No. 2018047468 (the "Construction Lien"); a copy of the Construction Lien is attached as Exhibit "1."

4. There remains unpaid under the Construction Lien the principal amount of $41,509.41 plus interest from November 30, 2018 to the extent permitted under Nebraska

law.

5. The Real Property is owned by the Debtor and his spouse as joint tenants. Under Neb. Rev. Stat. §52-140(1) the statute of limitations for foreclosure of a Construction Lien is 2 years from the date the lien was filed. The extension of the statute of limitations under 11 U.S.C. § 108(c) does not apply to extend the statute of limitations to the foreclosure claim against the Debtor's spouse, who is not involved in this case, and the creditors, Copperwood Capital LLC and the Nebraska Department of Revenue who hold liens on the Real Property that are junior to the Construction Lien.

6. Cause exists for relief from the automatic stay under 11 U.S.C. §362(d)(1).

7. Nothing contained in this Stipulation shall affect any defense that Podwinski may have to the foreclosure of the Construction Lien.

8. The Trustee abandoned the Real Property on August 13, 2020 at Filing No. 62.

9. The parties agree that Ironwood have relief from the automatic stay to permit Ironwood to send any notice required under applicable law or regulations to Podwinski or to any other party; to judicially foreclose the Construction Lien, to conduct a foreclosure sale of the Real Property; to realize upon Ironwood's Construction Lien; and that the stay under Fed. R. Bankr. P. 4001(a)(3) be waived

WHEREFORE, the parties pray that the Court enter an order approving their Stipulation.

Dated:  October 26, 2020.

| | |
|---|---|
| BRIAN C. PODWINSKI, Debtor | IRONWOOD BUILDERS, LLC, Creditor |
| By: LEPANT & LENTZ, PC, LLO<br>650 J Street, Suite 125B<br>Lincoln, Nebraska 68508<br>(402) 421-9676 | By:  KNUDSEN, BERKHEIMER, RICHARDSON & ENDACOTT, LLP<br>3800 VerMaas Place, Suite 200<br>Lincoln, Nebraska  68502<br>(402) 475-7011 |
| By: /s/ John A. Lents - #24420<br>　　One of Said Attorneys | By: /s/    Trev E. Peterson - #16637<br>　　One of Said Attorneys |

/s/ John D. Stalnaker
John D. Stalnaker, #23809
STALNAKER, BECKER & BURESH, P.C.
P.O. BOX 24268
Omaha, Nebraska 68124
(402) 393-5421
Trustee

Document    Page 4 of 9

## PROOF OF SERVICE

      I certify that on October 26, 2020 I electronically filed the foregoing Stipulation for Relief from Automatic Stay with the Clerk of the United States Bankruptcy Court for the District of Nebraska who sent electronic notice of the filing to the following ECF participants: Jerry Jensen, Assistant US Trustee, John A. Lentz, counsel for the Debtor, John Stalnaker, Chapter 7 Trustee and on all others requesting notice of filings through the Court's and that he mailed a copy to the Debtor:

    Brian C. Podwinski
    15600 S. 76th Street
    Roca, NE 68430-4376

and to all parties listed on the Court's mailing matrix attached to this Stipulation by First Class United States Mail postage prepaid on this 26th day of October, 2020.

                                        /s/  Trev E. Peterson - #16637

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 19-41937-TLS<br>District of Nebraska<br>Lincoln Office<br>Mon Oct 26 13:18:32 CDT 2020 | Frontier Bank<br>8380 Glynoaks Drive<br>Lincoln, NE 68516-6304 | LincOne Federal Credit Union<br>c/o Joel G. Lonowski<br>201 North 8th Street<br>Suite 300<br>Lincoln, NE 68508-1360 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Brian C. Podwinski<br>15600 S 76th St<br>Roca, NE 68430-4376 | Ponte Investments, LLC<br>John C. Ponte-Member/Mgr.<br>1300 Division Rd.<br>Suite 305<br>West Warick, RI 02893-7558 |
| Charles S. Tomek<br>c/o Michael W. Milone<br>12020 Shamrock Plz #333<br>Omaha, NE 68154-3537 | Adam Hubert<br>4780 Linden St Ste 1<br>Lincoln, NE 68516-1180 | Alpha Media<br>1211 SW 5th Ave Ste 750<br>Portland, OR 97204-3707 |
| Amanda Podwinski<br>15600 S 76th St<br>Roca, NE 68430-4376 | Briess Industries<br>625 S Irish Rd<br>Chilton, WI 53014-1702 | Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Charles S Tomek<br>16305 Webster St<br>Omaha, NE 68118-2513 | Chesterman Coco Cola<br>4700 S Lewis Blvd<br>Sioux City, IA 51106-9516 |
| Chex Systems, Inc.<br>7805 Hudson Rd., STE 100<br>Woodbury, MN 55125-1703 | Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citizens One Home Loans<br>PO Box 2800<br>Glen Allen, VA 23058-2800 | Copperwood Capital<br>800 N Shoreline Blvd # 1500<br>Corpus Christi, TX 78401-3700 | Copperwood Capital<br>800 N Shoreline Blvd #1500<br>Corpus Christi, TX 78401-3700 |
| Country Malt Group<br>330 W Armory Dr<br>South Holland, IL 60473-2820 | Eakes<br>617 W 3rd St<br>Grand Island, NE 68801-5946 | Fifth Third Bank<br>PO Box 997548<br>Sacramento, CA 95899-7548 |
| First State Bank Nebraska<br>2701 Grainger Pkwy<br>Lincoln, NE 68516-7764 | Frontier Bank<br>1106 Benjamin Ave<br>Norfolk, NE 68701-2763 | FundBox<br>300 Montgomery St<br>San Francisco, CA 94104-1902 |
| GEA North America<br>9165 Rumsey Rd<br>Columbia, MD 21045-1929 | Hop Head Farms<br>4630 W Hickory Rd<br>Hickory Corners, MI 49060-9779 | Internal Revenue Service<br>PO Box 7346<br>Centralized Insolvency Operations<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Ironhide Construction, Inc.<br>3301 S 7th St Ste C<br>Lincoln, NE  68502-4308 | Ironwood Builders<br>1220 Infinity Ct<br>Lincoln, NE  68512-9376 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Kabbage<br>730 Peachtree St NE Ste 1100<br>Atlanta, GA  30308-1263 | Keg Logistics<br>9110 E Nichols Ave Ste 105<br>Centennial, CO 80112-3466 |
| Kinnamin Distributing, Inc.<br>3800 El Paso Dr<br>Lincoln, NE  68516-5804 | Lancaster County Attorney<br>575 S. 10th St.<br>Lincoln, NE 68508-2810 | (p)LANCASTER COUNTY TREASURER'S OFFICE<br>555 SOUTH 10TH ST STE 102<br>LINCOLN NE 68508-2860 |
| Last Chance Funding Inc<br>3000 Marcus Avenue Suite 2W15<br>Lake Success, NY 11042-1005 | LincOne Federal Credit Union<br>4638 W St<br>Lincoln, NE  68503-2833 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 |
| (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Nebraska Textile<br>111 Oakcreek Dr<br>Lincoln, NE  68528-1568 | Pacific Financial Leasing<br>3455 S 344th Way # 344<br>Federal Way, WA 98001-9546 |
| Paypal Credit SVCS/GECRB<br>PO Box 960080<br>Orlando, FL  32896-0080 | Peoples Choice FCU<br>2500 N St<br>Lincoln, NE  68510-1244 | Ponte Investments<br>1300 Division Rd Ste 305<br>West Warwick, RI  02893-7558 |
| Ponte Investments, LLC<br>Christopher M. Mulhearn, Esq.<br>1300 Division Road - Suite 304<br>West Warwick, RI 02893-7558 | Robbers Cave, LLC<br>3235 S 10th St<br>Lincoln, NE  68502-4402 | Robbers Cave, LLC<br>4400 Lucile Dr Ste 201<br>Lincoln, NE  68516-4211 |
| Saxco International<br>1855 Gateway Blvd Ste 400<br>Concord, CA  94520-3289 | Sears<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 | Sysco<br>900 King Bird Rd<br>Lincoln, NE  68521-3009 |
| Sysco Food Service<br>c/o Wolkin Law Group<br>235 W Giaconda Way, Suite 217<br>Tucson AZ 85704-4343 | Tadd Delozier<br>c/o Brian Kruse<br>3 Landmark Centre 1128 Lincoln Mall Ste<br>Lincoln, NE  68501 | The LCF Group<br>411 Hempstead Tpke Fl 1<br>West Hempstead, NY  11552-1350 |
| Ty Peteranetz<br>5320 S. 90th St<br>Lincoln, NE 68526-9224 | Ty Peterantez<br>5320 S 90th St<br>Lincoln, NE  68526-9224 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| US Attorneys Office<br>100 Centennial Mall N<br>487 Federal Building<br>Lincoln, NE 68508-3868 | US Department Of Education<br>PO Box 5609 Direct Loan Servicing Center<br>Greenville, TX 75403-5609 | United States Attorney General<br>950 Pennsylvania Avenue NW Rm 5137<br>US Department Of Justice<br>Washington, DC 20530-0009 |
| Trev Peterson +<br>Knudsen Berkheimer Richardson Endacott<br>3800 VerMass Place, Suite 200<br>Lincoln, NE 68502-4453 | David J. Koukol +<br>Koukol & Johnson, LLC<br>12020 Shamrock Plaza<br>Suite 333<br>Omaha, NE 68154-3537 | Jerry L. Jensen +<br>Assistant U.S. Trustee<br>U.S. Trustee's Office<br>111 S. 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 |
| Joel G. Lonowski +<br>Morrow Poppe Law Offices<br>201 No. 8th Street, Suite 300<br>Lincoln, NE 68508-2257 | John D. Stalnaker +<br>Stalnaker, Becker & Buresh, P.C.<br>1111 N. 102nd Court, Suite 330<br>Omaha, NE 68114-2194 | Benjamin E. Moore +<br>Rembolt Ludtke LLP<br>3 Landmark Centre<br>1128 Lincoln Mall, Ste. 300<br>Lincoln, NE 68508-2878 |
| John A. Lentz +<br>Lepant & Lentz, PC, Llo<br>650 J St.<br>Ste 215b<br>Lincoln, NE 68508-2986 | Gregory S. Frayser +<br>Cline Williams Wright Johnson &Oldfather<br>1900 US Bank Building<br>233 S. 13th Street<br>Lincoln, NE 68508-2017 | Jerry Jensen +<br>Acting Assistant UST<br>U.S. Trustee's Office<br>111 South 18th Plz, Suite 1148<br>Omaha, NE 68102-1321 |
| John Stalnaker +<br>1111 N. 102nd Ct<br>Suite 330<br>Omaha, NE 68114-2194 | Tyler A. Masterson +<br>Koukol & Johnson<br>12020 Shamrock Plz<br>Ste 333<br>Omaha, NE 68154-3537 | Sydney Huss +<br>Cline Williams Law Firm<br>12910 Pierce Street, Ste. 200<br>Omaha, NE 68144-1106 |
| Michael Weber Milone +<br>Koukol & Johnson, LLC<br>12020 Shamrock Plaza, Suite 333<br>Omaha, NE 68154-3537 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JPMorgan Chase Bank NA<br>383 Madison Ave<br>New York, NY 10179-0001 | Lancaster County Treasurer<br>Rm. 102 555 S. 10th St.<br>Lincoln, NE 68508 | Navitas Credit Corp<br>201 Executive Center Dr Ste 100<br>Columbia, SC 29210-8414 |
| Nebraska Department Of Revenue<br>PO Box 94818 Attn: Bankruptcy Unit<br>Lincoln, NE 68509-4818 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Tadd Delozier

(u)Ironwood Builders, LLC

(u)Robbers Cave, LLC

(d)Ironwood Builders
1220 Infinity Ct
Lincoln, NE 68512-9376

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)Ponte Investments
1300 Division Rd Ste 305
West Warwick, RI 02893-7558

End of Label Matrix
Mailable recipients    75
Bypassed recipients     6
Total                  81

```
Inst # 2018047468  Fri Nov 30 14:25:06 CST 2018
Filing Fee: $10.00                          cpockg
Lancaster County, NE Assessor/Register of Deeds Office   CONSLN
                                            Pages 1
```

After recording return to:
Seacrest & Kalkowski, PC, LLO
1128 Lincoln Mall, Suite 105
Lincoln, NE 68508

## CONSTRUCTION LIEN

1. The real estate subject to this lien is: Lot 4, Block 3, South Ridge Acres Addition, Lancaster County, Nebraska.

2. The person against whose interest in the real estate the lien is claimed is: Brian Podwinski and Amanda Podwinski

3. The name and address of the Claimant is: Ironwood Builders, LLC, 1220 Infinity Court, Lincoln, NE 68512.

4. The name and address of the person with whom the Claimant contracted with is: Brian Podwinski and Amanda Podwinski, 15600 S. 76th Street, Hickman, NE 68430.

5. A general description of the Claimant's services performed, or to be performed, or materials furnished, or to be furnished for the improvement and the contract price are: new home construction with a contract price of $630,609.41.

6. The amount unpaid, whether due or not, to the Claimant for the services or materials is: $46,509.41.

7. The time the last services or materials were furnished was August 3, 2018.

Dated: November 30, 2018.

                **IRONWOOD BUILDERS, LLC,** a Nebraska limited liability company

                By: _____
                    Joseph Steinbach, Member

STATE OF NEBRASKA    )
                             ) ss.
COUNTY OF LANCASTER  )

      The foregoing instrument was acknowledged before me this 30th day of November, 2018 by Joseph Steinbach, as Member of Ironwood Builders, LLC, a Nebraska limited liability company, on behalf of the limited liability company.

                                                          Notary Public

GENERAL NOTARY - State of Nebraska
BRITTANY N. WAGNER
My Comm. Exp. February 27, 2021