IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK 19-41937 |
| | ) | Chapter 7 |
| BRIAN C. PODWINSKI, | ) | |
| | ) | |
| Debtor. | ) | |

**AMENDED TRUSTEE'S NOTICE OF INTENT TO CLAIM ASSETS**

COMES NOW John D. Stalnaker, the duly appointed, qualified and acting Trustee herein and hereby gives notice of his intent to claim and administer the following asset herein:

Non-exempt 2019 tax refunds, any potential avoidable transfers, non-exempt interest in Nebraska Malt, LLC, Barrel Aged Labs, LLC, and Blue Blood Brewing Company, Inc., and non-exempt portions of Debtor's 2019 state tax refund.

Trustee also hereby gives notice of his intent to abandon all other scheduled assets in this case other than the assets claimed above, on the grounds that such assets are either exempt, secured in excess of their value, or burdensome to administer. Trustee reserves the right to reclaim these assets if it is determined at a later date that the assets as scheduled have a greater value than listed on the bankruptcy schedules.

/s/John D. Stalnaker
John D. Stalnaker, #23809
MCGILL GOTSDINER WORKMAN
& LEPP, P.C., L.L.O.
11404 W Dodge Road, Suite 500
Omaha, NE 68154
(402) 492-9200
johnstalnaker@mgwl.com
Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2022, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following: Jerry L. Jensen and John A. Lentz.

/s/John D. Stalnaker
John D. Stalnaker