# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Podwinski/Brian C., et al. | ) | Case No. 19-41937 |
| | ) | |
| Debtors. | ) | |

## SATISFACTION OF CLAIM OF NEBRASKA DEPARTMENT OF REVENUE, CLAIM NO. 3

The Nebraska Department of Revenue (NDOR), Creditor, hereby accepts payment on or about August 27, 2021, as full payment of its claim filed on September 9, 2020. NDOR hereby declares that its claim has been completely satisfied.

Dated: August 17, 2022

                                          By:    NEBRASKA DEPARTMENT OF REVENUE,
                                                      Creditor

                                        By:    /s/ Daniel Christensen
                                                    Daniel Christensen, #26308
                                                      Attorney, Legal Section
                                                      Nebraska Department of Revenue
                                                      P.O. Box 94818
                                                      Lincoln, NE  68509-4818
                                                      (402) 471-5925

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2022, I electronically the foregoing SATISFACTION OF CLAIM #3 BY THE NEBRASKA DEPARTMENT OF REVENUE in this case with the Clerk of the Bankruptcy Court using the CM/ECF system. I relied upon the system to send electronic notice of filing same to all parties and interested persons or their counsel who are CM/ECF participants.

By:    /s/ Daniel Christensen