# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA

In re:  PODWINSKI, BRIAN C.

§   Case No. 19-41937
§
§
§

Debtor(s)

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/21/2019. The undersigned trustee was appointed on 11/21/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        197,572.52

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 8,192.76 |
| Administrative expenses | 1,891.13 |
| Bank service fees | 356.15 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 26,449.48 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 160,683.00 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/23/2020 and the deadline for filing governmental claims was 05/19/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,806.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $1,763.96 as interim compensation and now requests the sum of $10,042.19, for a total compensation of $11,806.15[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $127.17 and now requests reimbursement for expenses of $143.52 for total expenses of $270.69[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/13/2022                    By: /s/ John  D. Stalnaker
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**   19-41937

**Case Name:**   PODWINSKI, BRIAN C.

**For Period Ending:**   09/13/2022

**Trustee Name:**   (470080) John D. Stalnaker

**Date Filed (f) or Converted (c):**   11/21/2019 (f)

**§ 341(a) Meeting Date:**   01/23/2020

**Claims Bar Date:**   11/23/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15600 S 76th St, Roca, NE 68430-4376, Lancaster County | 319,400.00 | 259,400.00 | | 0.00 | FA |
| 2* | Cars, vans, tractors, sport utility vehicles, motorcycles-2006 Chevrolet Tahoe (See Footnote) | 14,070.50 | 0.00 | | 0.00 | FA |
| 3 | Watercraft and other recreational vehicles and accessories-2018 Kawasaki Side-by-side | 5,395.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 1,100.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Non-farm animals | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of Money-Savings Account with LincOne | 149.00 | 0.00 | | 0.00 | FA |
| 11 | Bonds, mutual funds, or publicly traded stocks-TD Ameritrade account | 137.24 | 0.00 | | 0.00 | FA |
| 12 | Trusts, equitable or future interests in property-Beneficiary under Parents' trusts | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Trusts, equitable or future interests in property-partial interest in Gun Trust | 1,825.00 | 0.00 | | 0.00 | FA |
| 14 | Tax refunds owed to you-federal | 2,100.00 | 2,100.00 | | 10,139.64 | FA |
| 15 | Other contingent and unliquidated claims | 2,969.14 | 2,969.14 | | 0.00 | FA |
| 16 | Machinery, fixtures, equipment, supplies you use in buisiness, and tools of your trade | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Interests in partnerships or joint ventures-10% interest in Nebraska Malt LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Interests in partnerships or joint ventures-49% interest in Barrel Aged Labs, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Debtor is the beneficiary to his parents Trust. Both parents are still living Debtor can not compel any distributions (u)<br>Duplicate of #12. | 0.00 | 0.00 | | 0.00 | FA |
| 20 | TAX REFUNDS-additional 2019 federal tax refund due to amended returns (u) | 187,432.88 | 160,983.40 | | 160,983.40 | FA |
| **20** | **Assets Totals (Excluding unknown values)** | **$535,778.76** | **$425,452.54** | | **$171,123.04** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page:  2

**Case No.:**  19-41937

**Case Name:**  PODWINSKI, BRIAN C.

**For Period Ending:**  09/13/2022

**Trustee Name:**  (470080) John D. Stalnaker

**Date Filed (f) or Converted (c):**  11/21/2019 (f)

**§ 341(a) Meeting Date:**  01/23/2020

**Claims Bar Date:**  11/23/2020

RE PROP# 2        CAR

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  12/31/2021

**Current Projected Date Of Final Report (TFR):**  07/20/2021 (Actual)

| | |
|---|---|
| 09/13/2022 | /s/John D. Stalnaker |
| Date | John D. Stalnaker |

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-41937 | |
| **Case Name:** | PODWINSKI, BRIAN C. | |
| **Taxpayer ID #:** | **-***9755 | |
| **For Period Ending:** | 09/13/2022 | |

| | |
|---|---|
| **Trustee Name:** | John D. Stalnaker (470080) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******2900 Checking |
| **Blanket Bond (per case limit):** | $35,074,378.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/02/20 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 2,500.00 | | 2,500.00 |
| 12/16/20 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX6060 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6060 | 9999-000 | | 2,500.00 | 0.00 |
| | | | **COLUMN TOTALS** | | **2,500.00** | **2,500.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 2,500.00 | |
| | | | **Subtotal** | | **2,500.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,500.00** | **$0.00** | |

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 19-41937 | |
| **Case Name:** | PODWINSKI, BRIAN C. | |
| **Taxpayer ID #:** | **-***9755 | |
| **For Period Ending:** | 09/13/2022 | |

| | |
|---|---|
| **Trustee Name:** | John D. Stalnaker (470080) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6060 Checking Account |
| **Blanket Bond (per case limit):** | $35,074,378.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/16/20 | | Transfer Credit from Mechanics Bank acct XXXXXX2900 | Transition Credit from Mechanics Bank acct XXXXXX2900 | 9999-000 | 2,500.00 | | 2,500.00 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,495.00 |
| 01/14/21 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 900.00 | | 3,395.00 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,390.00 |
| 02/19/21 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 900.00 | | 4,290.00 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.26 | 4,284.74 |
| 03/15/21 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 900.00 | | 5,184.74 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.27 | 5,176.47 |
| 04/14/21 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 900.00 | | 6,076.47 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.01 | 6,067.46 |
| 05/10/21 | {14} | Amanda Podwinski | Non-exempt tax refunds | 1124-000 | 900.00 | | 6,967.46 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.89 | 6,957.57 |
| 06/07/21 | {14} | LincOne Federal Credit Union | Non-exempt tax refunds | 1124-000 | 900.00 | | 7,857.57 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.32 | 7,844.25 |
| 07/12/21 | {14} | LINCONE FEDERAL CREDIT UNION | Non-exempt tax refunds | 1124-000 | 2,239.64 | | 10,083.89 |
| 08/27/21 | 1000 | John D. Stalnaker | Combined trustee compensation & expense dividend payments. | | | 1,891.13 | 8,192.76 |
| | | John D. Stalnaker | Claims Distribution - Tue, 07-20-2021                    $1,763.96 | 2100-000 | | | |
| | | John D. Stalnaker | Claims Distribution - Tue, 07-20-2021                    $127.17 | 2200-000 | | | |
| 08/27/21 | 1001 | Nebraska Department Of Revenue | Distribution payment - Dividend paid at 2.00% of $1,339.27; Claim # 3P; Filed: $1,339.27 | 5800-000 | | 26.75 | 8,166.01 |
| 08/27/21 | 1002 | Internal Revenue Service | Distribution payment - Dividend paid at 2.00% of $408,796.81; Claim # 17; Filed: $408,796.81 | 5800-000 | | 8,166.01 | 0.00 |
| | | **COLUMN TOTALS** | | | 10,139.64 | 10,139.64 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 2,500.00 | 0.00 | |
| | | **Subtotal** | | | 7,639.64 | 10,139.64 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$7,639.64** | **$10,139.64** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-41937 | Trustee Name: | John D. Stalnaker (470080) |
|---|---|---|---|
| Case Name: | PODWINSKI, BRIAN C. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9755 | Account #: | ******0041 Checking |
| For Period Ending: | 09/13/2022 | Blanket Bond (per case limit): | $35,074,378.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/22 | | State of Nebraska | Payment re Asset #20; Non-exempt additional 2019 federal tax refund | | 187,432.88 | | 187,432.88 |
| | | | Debtor portion of  Tax Refunds | 1280-000 | | | |
| | | | $19,813.34 | | | | |
| | | | Non -Filing Debtor portion of tax refunds | 1280-000 | | | |
| | | | $6,636.14 | | | | |
| | {20} | | 2019 tax refunds | 1224-000 | | | |
| | | | $160,983.40 | | | | |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 300.40 | 187,132.48 |
| 09/06/22 | 10001 | Amanda Podwinski | Funds returned to non-filing spouse (Doc 107) and (Doc 109) | 8500-002 | | 6,636.14 | 180,496.34 |
| 09/06/22 | 10002 | BRIAN C. PODWINSKI | Non-bankruptcy estate funds (Doc 107) and (Doc 109) | 8500-002 | | 19,813.34 | 160,683.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 187,432.88 | 26,749.88 | $160,683.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 187,432.88 | 26,749.88 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $187,432.88 | $26,749.88 | |

**Form 2**

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-41937 | **Trustee Name:** | John D. Stalnaker (470080) |
| **Case Name:** | PODWINSKI, BRIAN C. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9755 | **Account #:** | ******0041 Checking |
| **For Period Ending:** 09/13/2022 | | **Blanket Bond (per case limit):** | $35,074,378.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $197,572.52 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $26,449.48 |
| Net Estate: | $171,123.04 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2900 Checking | $2,500.00 | $0.00 | $0.00 |
| ******6060 Checking Account | $7,639.64 | $10,139.64 | $0.00 |
| ******0041 Checking | $187,432.88 | $26,749.88 | $160,683.00 |
| | **$197,572.52** | **$36,889.52** | **$160,683.00** |

| | |
|---|---|
| 09/13/2022 | /s/John D. Stalnaker |
| Date | John D. Stalnaker |

Printed:  09/13/2022 1:07 PM

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 19-41937 BRIAN C. PODWINSKI**

| **Case Balance:** | $160,683.00 | **Total Proposed Payment:** | $160,683.00 | **Remaining Balance:** | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| CLERK | Clerk of the Bankruptcy Court | Admin Ch. 7 | $260.00 | $260.00 | $0.00 | $260.00 | $260.00 | $160,423.00 |
| | <2700-00 Clerk of the Court Costs> | | | | | | | |
| FEE | John  D.  Stalnaker | Admin Ch. 7 | $11,806.15 | $11,806.15 | $1,763.96 | $10,042.19 | $10,042.19 | $150,380.81 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| TE | John  D.  Stalnaker | Admin Ch. 7 | $270.69 | $270.69 | $127.17 | $143.52 | $143.52 | $150,237.29 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| 3P | Nebraska Department Of Revenue | Priority | $26.75 | $26.75 | $26.75 | $0.00 | $0.00 | $150,237.29 |
| | **Claim Memo:**    Priority portion of claim was initially filed and allowed in the amount of $1,339.27.  However, after distribution made on or about August 27, 2021, creditor filed its satisfaction of claim on August 17, 2022 (Doc. 108). | | | | | | | |
| 17 | Internal Revenue Service | Priority | $408,796.81 | $408,796.81 | $8,166.01 | $400,630.80 | $150,237.29 | $0.00 |
| 1 | Sysco Food Service | Unsecured | $46,800.41 | $46,800.41 | $0.00 | $46,800.41 | $0.00 | $0.00 |
| 2 | Ponte Investments, LLC | Unsecured | $331,435.39 | $331,435.39 | $0.00 | $331,435.39 | $0.00 | $0.00 |
| 3U | Nebraska Department Of Revenue | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:**    Secured portion of claim was initially filed and allowed in the amount of $5,887.05.  However, creditor filed its satisfaction of claim on August 17, 2022 (Doc. 108). | | | | | | | |
| 5 | Navitas Credit Corp | Unsecured | $7,303.59 | $7,303.59 | $0.00 | $7,303.59 | $0.00 | $0.00 |
| 6 | Navitas Credit Corp | Unsecured | $7,332.29 | $7,332.29 | $0.00 | $7,332.29 | $0.00 | $0.00 |

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 19-41937 BRIAN C. PODWINSKI**

| Case Balance: | $160,683.00 | Total Proposed Payment: | $160,683.00 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A. | Unsecured | $2,284.64 | $2,284.64 | $0.00 | $2,284.64 | $0.00 | $0.00 |
| 8 | Ty Peteranetz | Unsecured | $36,000.00 | $36,000.00 | $0.00 | $36,000.00 | $0.00 | $0.00 |
| 9 | JPMorgan Chase Bank, N.A. | Unsecured | $5,244.23 | $5,244.23 | $0.00 | $5,244.23 | $0.00 | $0.00 |
| 10 | Ironhide Construction, Inc. | Unsecured | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 11 | Citibank, N.A. | Unsecured | $826.82 | $826.82 | $0.00 | $826.82 | $0.00 | $0.00 |
| 12 | U.S. Bank National Association | Unsecured | $8,723.71 | $8,723.71 | $0.00 | $8,723.71 | $0.00 | $0.00 |
| 14 | Financial Pacific Leasing, Inc. | Unsecured | $9,307.20 | $9,307.20 | $0.00 | $9,307.20 | $0.00 | $0.00 |
| 15 | Adam Hubert | Unsecured | $23,750.01 | $23,750.01 | $0.00 | $23,750.01 | $0.00 | $0.00 |
| 18 | Briess Industries | Unsecured | $4,120.25 | $4,120.25 | $0.00 | $4,120.25 | $0.00 | $0.00 |
| 19 | Charles S Tomek | Unsecured | $141,017.90 | $141,017.90 | $0.00 | $141,017.90 | $0.00 | $0.00 |
| 20 | Tadd Delozier | Unsecured | $269,064.00 | $269,064.00 | $0.00 | $269,064.00 | $0.00 | $0.00 |
| 21 | Resurgent Receivables, LLC | Unsecured | $2,488.76 | $2,488.76 | $0.00 | $2,488.76 | $0.00 | $0.00 |
| 22 | Robbers Cave, LLC | Unsecured | $183,198.02 | $183,198.02 | $0.00 | $183,198.02 | $0.00 | $0.00 |
| 23 | U.S. Small Business | Unsecured | $396,085.55 | $396,085.55 | $0.00 | $396,085.55 | $0.00 | $0.00 |

Printed:   09/13/2022 1:07 PM

## Exhibit C

## Claims Proposed Distribution Register

### Case: 19-41937 BRIAN C. PODWINSKI

| | | | | |
|---|---|---|---|---|
| **Case Balance:** | $160,683.00 | **Total Proposed Payment:** | $160,683.00 | **Remaining Balance:** $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Administration | | | | | | | |
| 24 | Eakes Inc dba Eakes Office Solutions | Unsecured | $3,249.83 | $3,249.83 | $0.00 | $3,249.83 | $0.00 | $0.00 |
| 3S | Nebraska Department Of Revenue | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Memo:**     Secured portion of claim was initially filed and allowed in the amount of $22,341.00.  However, creditor filed its satisfaction of claim on August 17, 2022 (Doc. 108).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Last Chance Funding Inc | Secured | $51,117.06 | $51,117.06 | $0.00 | $51,117.06 | $0.00 | $0.00 |
| 13 | Financial Pacific Leasing, Inc. | Secured | $16,392.44 | $16,392.44 | $0.00 | $16,392.44 | $0.00 | $0.00 |
| 16 | Ironwood Builders, LLC | Secured | $46,509.41 | $46,509.41 | $0.00 | $46,509.41 | $0.00 | $0.00 |
| | **Total for Case:** | **19-41937** | $2,063,411.91 | $2,063,411.91 | $10,083.89 | $2,053,328.02 | $160,683.00 | |

### TRUSTEE'S PROPOSED AMENDED  DISTRIBUTION

Exhibit D

Case No.: 19-41937
Case Name: BRIAN C. PODWINSKI
Trustee Name: John D. Stalnaker

**Balance on hand:**    $                    160,683.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Financial Pacific Leasing, Inc. | 16,392.44 | 16,392.44 | 0.00 | 0.00 |
| 16 | Ironwood Builders, LLC | 46,509.41 | 46,509.41 | 0.00 | 0.00 |
| 3S | Nebraska Department Of Revenue | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | Last Chance Funding Inc | 51,117.06 | 51,117.06 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $            0.00
Remaining balance:    $       160,683.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John  D.  Stalnaker | 11,806.15 | 1,763.96 | 10,042.19 |
| Trustee, Expenses - John  D.  Stalnaker | 270.69 | 127.17 | 143.52 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administrative expenses:    $        10,445.71
Remaining balance:    $       150,237.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $            0.00
Remaining balance:    $       150,237.29

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $408,823.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Nebraska Department Of Revenue | 26.75 | 26.75 | 0.00 |
| 17 | Internal Revenue Service | 408,796.81 | 8,166.01 | 150,237.29 |

Total to be paid for priority claims: $ 150,237.29
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,528,232.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sysco Food Service | 46,800.41 | 0.00 | 0.00 |
| 2 | Ponte Investments, LLC | 331,435.39 | 0.00 | 0.00 |
| 3U | Nebraska Department Of Revenue | 0.00 | 0.00 | 0.00 |
| 5 | Navitas Credit Corp | 7,303.59 | 0.00 | 0.00 |
| 6 | Navitas Credit Corp | 7,332.29 | 0.00 | 0.00 |
| 7 | Capital One Bank (USA), N.A. | 2,284.64 | 0.00 | 0.00 |
| 8 | Ty Peteranetz | 36,000.00 | 0.00 | 0.00 |
| 9 | JPMorgan Chase Bank, N.A. | 5,244.23 | 0.00 | 0.00 |
| 10 | Ironhide Construction, Inc. | 50,000.00 | 0.00 | 0.00 |
| 11 | Citibank, N.A. | 826.82 | 0.00 | 0.00 |
| 12 | U.S. Bank National Association | 8,723.71 | 0.00 | 0.00 |
| 14 | Financial Pacific Leasing, Inc. | 9,307.20 | 0.00 | 0.00 |
| 15 | Adam Hubert | 23,750.01 | 0.00 | 0.00 |
| 18 | Briess Industries | 4,120.25 | 0.00 | 0.00 |
| 19 | Charles S Tomek | 141,017.90 | 0.00 | 0.00 |
| 20 | Tadd Delozier | 269,064.00 | 0.00 | 0.00 |
| 21 | Resurgent Receivables, LLC | 2,488.76 | 0.00 | 0.00 |
| 22 | Robbers Cave, LLC | 183,198.02 | 0.00 | 0.00 |
| 23 | U.S. Small Business Administration | 396,085.55 | 0.00 | 0.00 |
| 24 | Eakes Inc dba Eakes Office Solutions | 3,249.83 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00