Printed:    09/13/2022 1.03 PM

# Trustee's Compensation

**Debtor:**  PODWINSKI, BRIAN C.                              **Case:** 19-41937

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 171,123.04 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 121,123.04 | = | 6,056.15 |
| 3% of Balance | 0.00 | = | 0.00 |
| | **Calculated Total Compensation:** | | **$11,806.15** |
| | Plus Adjustment: | | 0.00 |
| | **Total Compensation:** | | **$11,806.15** |
| | Less Previously Paid: | | 1,763.96 |
| | **Total Compensation Requested:** | | **$10,042.19** |

## Trustee Expenses

| | | |
|---|---|---|
| Postage | 65.0 Postage at $0.50 | $32.50 |
| Copies | 65.0 Copies at $0.20 | $13.00 |
| Labels for envelopes mailing | 3.0 5.00 at $5.00 | $15.00 |
| Postage Feb 2021 | 67.0 2021 Postage at $0.51 | $34.17 |
| Copies at McGill Gotsdiner Workman & Lepp | 814.0 Copies-McGill at $0.10 | $81.40 |
| Postage late 2021 | 82.0 2021 Postage at $0.57 | $46.74 |
| Postage July 2022 | 84.0 2022 Postage at $0.57 | $47.88 |
| | **Subtotal Expenses:** | **$270.69** |
| | Plus Adjustment: | 0.00 |
| | **Total Expenses:** | **$270.69** |
| | Less Previously Paid: | 127.17 |
| | **Total Expenses Requested:** | **$143.52** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $10042.19 as compensation and $143.52 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Printed:      09/13/2022 1.03 PM          **Trustee's Compensation**

**Debtor:**   PODWINSKI, BRIAN C.                                      **Case:**  19-41937

Dated:       09/13/2022                          Signed:___/s/ John D. Stalnaker_____

                                                 John D. Stalnaker, TRUSTEE
                                                 11404 W. Dodge Road, Suite 500
                                                 Omaha, NE 68154

Printed:  09/13/2022 1.01 PM                                                                                                    Page: 1

## Expense Worksheet

### Period:  08/25/2020   - 09/13/2022

### Trustee: John D. Stalnaker

| | | | |
|---|---|---|---|
| **Case Number:**   19-41937 | | **Case Name:**   BRIAN C. PODWINSKI | |
| **Case Type:**   Asset | | **Judge:**   THOMAS L. SALADINO | |
| **Petition Date:**   11/21/2019 | | **341a Meeting:**   01/23/2020 9.30 AM | |

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/25/2020 | Copies for Notice of Claims Bar Date. | 65.0 | $ 0.200000 | $13.00 |
| | **Total for category COPIES** | **65.0** | | **$13.00** |

**Category:** COPIES-MCGILL

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 09/13/2022 | Copies for Amended NFR. | 325.0 | $ 0.100000 | $32.50 |
| 08/11/2022 | Motion to Approve Compromise | 164.0 | $ 0.100000 | $16.40 |
| 07/20/2021 | Copies for NFR. | 325.0 | $ 0.100000 | $32.50 |
| | **Total for category COPIES-MCGILL** | **814.0** | | **$81.40** |

**Category:** LABEL

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/25/2020 | Labels for Notice of Claims Bar Date. | 3.0 | $ 5.000000 | $15.00 |
| | **Total for category LABEL** | **3.0** | | **$15.00** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/25/2020 | Postage for Notice of Claims Bar Date. | 65.0 | $ 0.500000 | $32.50 |
| | **Total for category POST** | **65.0** | | **$32.50** |

**Category:** POST2021

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/20/2021 | Postage for NFR. | 65.0 | $ 0.510000 | $33.15 |
| 07/20/2021 | Postage for distribution checks. | 2.0 | $ 0.510000 | $1.02 |

**Total for case 19-41937:**          **$270.69**

**Category:** POST2021

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| | **Total for category POST2021** | **67.0** | | **$34.17** |

**Category:** POST58

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 08/11/2022 | Motion to Approve Compromise | 82.0 | $ 0.570000 | $46.74 |
| | **Total for category POST58** | **82.0** | | **$46.74** |

**Category:** POST72022

| Date | Description | Hours/Unit | Rate | Total |
|------|-------------|-----------:|-----:|------:|
| 09/13/2022 | Postage for Amended NFR. | 82.0 | $ 0.570000 | $46.74 |
| 09/13/2022 | Postage for amended TFR distribution checks. | 2.0 | $ 0.570000 | $1.14 |
| | **Total for category POST72022** | **84.0** | | **$47.88** |

**Total for case 19-41937:**       **$270.69**

**Grand Total:**       **$270.69**