**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| In re: PODWINSKI, BRIAN C. | § § § § | Case No. 19-41937 |
| Debtor(s) | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>John D. Stalnaker,</u> trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
111 South 18th Plaza
Suite 1125
Omaha, NE 68102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date mailed: <u>09/20/2022</u>                By: /s/ John D. Stalnaker
                                                                    Trustee

John D. Stalnaker
11404 W. Dodge Road
Suite 500
Omaha, NE 68154
(402) 492-9200
JohnStalnaker@mgwl.com

**UST Form 101-7-NFR (10/1/2010)**